

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM MERCER, #15996-016 | DOCKET NO. 11-CV-1499; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| USA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 29th day of November, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE